IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA       :       CRIMINAL ACTION

　　　　VS.                     :

LAN DANG                       :       NO. 06-CR-690-1


ORDER

AND NOW, this   29th   day of September, 2015, upon consideration of the Defendant's Pro Se Motion for a Reduction or Modification of Sentence pursuant to 18 U.S.C. §3582(c)(2) and Amendment 782 to the Sentencing Guidelines and the Government's response thereto and the Supplemental Memorandum filed by the Federal Defender on behalf of the Defendant Lan Dang, it is hereby ORDERED that the Defendant's motion is DENIED for the reasons set forth in the Government's response.[1]


BY THE COURT:



s/J. Curtis Joyner
J. CURTIS JOYNER, J.

_____

1.  We find that the previously imposed sentence was reasonable and appropriate and find no reason to reduce or modify the sentence of the Defendant.