IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 06-cr-690-1 |
| LAN DANG | | |

## ORDER

AND NOW, on this **26th** day of **November 2025**, upon consideration of Defendant's Motion for a Reduction in Sentence (ECF No. 559), the Government's Opposition (ECF No. 562), Defendant's Pro Se Reply (ECF No. 564), Defendant's Counseled Reply (ECF No. 567), the Government's Sur-Reply (ECF No. 568), Defendant's Counseled Sur-Reply (ECF No. 571), argument made at the hearing on July 23, 2025 (ECF No. 581), and the record before this Court, it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED** insofar as it seeks a determination that Defendant presents an "extraordinary and compelling" reason warranting a reduction in sentence;

2. The Motion is **DEFERRED** insofar as it seeks a determination as to an appropriate sentencing modification;

3. The Government shall brief its position on the 18 U.S.C. § 3553(a) factors and on whether Mr. Dang remains "a danger to the safety of any other person or to the community, as provided in 18 U.S.C. § 3142(g)," *see* U.S.S.G. § 1B1.13(a)(2), by **noon** on **December 10, 2025**.

BY THE COURT:

**/s/ CHAD F. KENNEY**
_____
CHAD F. KENNEY, J.

1